

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 6, 2023

2021-2348, 2022-1253 - LKQ Corporation v. GM Global Technology Operations LLC

# NOTICE OF NON-COMPLIANCE

The Motion for Leave to File Amicus Brief; Proposed Brief submitted by American Property Casualty Insurance Association and National Association of Mutual Insurance Companies is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- The court notes that the contact information for Kyle Hepner included on the document does not match the information associated with the individuals' Pacer account. Please ensure the corrected document includes up-to-date contact information. Please also update the individual's contact information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

- The motion does not contain a Certificate of Interest. Fed. Cir. R. 47.4(b).

- The motion does not include a certificate of compliance with the word/line count. The certificate of compliance must state the exact word count or line count. Fed. R. App. P. 32(g)(1) (Refer to the Practice Notes to Rule 32.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: M. Hull, Deputy Clerk