NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LKQ CORPORATION, KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,**
*Appellants*

**v.**

**GM GLOBAL TECHNOLOGY OPERATIONS LLC,**
*Appellee*

———————————

2022-1253

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2020-00055.

———————————

**ON PETITION FOR REHEARING EN BANC**

———————————

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges.*[*]

PER CURIAM.

———————————

[*]    Circuit Judge Cunningham did not participate.

2                LKQ CORPORATION v.
GM GLOBAL TECHNOLOGY OPERATIONS LLC

# O R D E R

In light of the court's order granting a petition for rehearing en banc in *LKQ Corp. v. GM Global Technology Operations LLC*, Appeal No. 2021-2348,

IT IS ORDERED THAT:

The petition for rehearing en banc in this case is held in abeyance pending en banc review of Appeal No. 2021-2348.

FOR THE COURT

June 30, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court